**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jimmy Wayne Guinard,<br><br>Petitioner,<br><br>v.<br><br>Charles L. Ryan, et al.,<br><br>Respondents. | No. CV 19-8155-PCT-DGC (MHB)<br><br>**ORDER** |

Petitioner Jimmy Wayne Guinard, who is confined in the Arizona State Prison Complex-Douglas, filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Doc. 1. Petitioner later filed a motion to supplement (Doc. 6), which the Court granted and construed as a supplement to the petition (Doc. 7). The Court ordered Respondents to answer the petition as supplemented. Doc. 7 at 1, 5.

Respondents filed an answer on January 2, 2020. Doc. 12. Petitioner filed a reply on May 11, 2020, in which he noted that Respondents had never considered the supplement. Doc. 21 at 16. On September 29, 2020, Magistrate Judge Michelle Burns issued a detailed report recommending that the petition be denied ("R&R"). Doc. 23. Petitioner filed an objection contending, among other things, that the grounds for relief asserted in the supplement were not addressed in Respondents' answer or the R&R. Doc. 26 at 1. Petitioner states that the following supplemental claims have not been considered: Grounds 5(j)-(s); 8(g)-(i); 9(j)-(r); 16(a)-(o); 17(a)-(d), 19(a)-(h); and 20(a)-(j). *Id.* at 10.

It appears Petitioner is correct. Issues raised in the supplement were not considered in Respondents' answer or the R&R. Moreover, Respondents' reply to Petitioner's objection, filed on December 4, 2020, never addresses the supplement. Doc. 30.

"The district judge may accept, reject, or modify the [R&R]; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b)(3). The Court will return this matter to Judge Burns to consider the grounds for relief raised in the supplement.

**IT IS ORDERED:**

1. The case is **referred** to Magistrate Judge Burns to consider the additional grounds for relief raised in Petitioner's supplement (Doc. 6).

2. The Court will review the R&R (Doc. 23) and any objections after it is amended to include Petitioner's supplemental grounds for relief.

Dated this 10th day of December, 2020.

David G. Campbell
Senior United States District Judge